**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. ZINNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES NEWMARK, an individual,<br><br>Defendant. | Case No. 2:23-cv-09418-MCS-PVC<br><br>**JUDGMENT** |

Pursuant to the Court's Bench Verdict, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant Charles Newmark. Plaintiff Michael L. Zinna shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 4, 2025

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE